## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

DONALD LUBIN,

      Plaintiff,

v.                                    CV 14-972 WPL

CAROLYN W. COLVIN, *Acting Commissioner*
*of the Social Security Administration*,

      Defendant.

### JUDGMENT

    Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Order entered on this date, the Court enters this judgment affirming the decision of the Commissioner and dismissing this action with prejudice.

William P. Lynch
United States Magistrate Judge